**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MICHAEL AND MICHELE NATHEL,
                        Plaintiffs,

        -against-

EVAN MISSHULA AND SANE CAPITAL, LLC,
                       Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/05

04 CIVIL 9330 (RO)

**Default Judgment**

#05, 1268

    Whereas the above-caption action having come before this Court, and the matter having come before the Honorable Richard Owen, United States District Judge, and the Court, on June 30, 2005, having rendered its Memorandum and Order entering judgment for plaintiffs in the amount of $468,460.47, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 30, 2005, judgment is entered for the plaintiffs in the amount of $468,460.47.

**Dated:** New York, New York
           June 30, 2005

                                                  **J. MICHAEL McMAHON**
                                                      Clerk of Court
                              BY:
                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____